IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL POWERS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AIRGAS, INC., *et al.* | : | NO. 24-1353 |

## ORDER

**AND NOW**, this 18th day of August 2025, upon consideration of Plaintiff's Motion for Notice and Conditional Certification (Document No. 52), Plaintiff's Memorandum of Law in Support thereof (Document No. 53), Defendants' Memorandum of Law in Opposition (Document No. 59), Plaintiff's Reply (Document No. 65), the other documents filed by the parties, and for the reasons contained in the court's Memorandum Opinion of today, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is further **ORDERED** that:

1. By August 29, 2025, the parties shall meet and confer to agree upon the notice to be provided to any past or present exempt branch manners that may want to opt into this lawsuit.

2. By September 12, 2025, the parties shall provide the agreed-upon notice to the court for its approval.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge